# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JENNIFER SMITH,**

    **Plaintiff,**

                                  **CASE NO: 6:24-cv-00457-PGB-RMN**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES, et al.**

    **Defendants.**

_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jennifer Smith ("Professor Smith"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order, (Doc. 164), issued by Judge Paul G. Byron on August 30, 2024. Professor Smith also provides notice that she plans to seek expedited consideration in light of the ongoing harm that Plaintiff continues to suffer as a result of the denial of the preliminary injunction.

Dated: <u>September 3rd, 2024</u>

Respectfully submitted,

*/s/ Jennifer Smith*
Jennifer Smith
Florida Bar No. 964514 (*pro se*)
Law Office of Jennifer Smith
13506 Summerport Village Pkwy.
Suite 108
Windermere, FL 34786
407-455-0712
407-442-3023 (facsimile)
jensmithesq@aol.com

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this 3rd of September 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Jennifer Smith*
Jennifer Smith (*pro se*)
Law Office of Jennifer Smith