UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIA
TALLAHASSEE DIVISION

JENNIFER SMITH,

      Plaintiff,

v.                        CASE NO.: 4:24-cv-00367-MW-MAG

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES, et al.

      Defendants.
_____/

**DEFENDANT'S NOTICE OF COMPLIANCE WITH MIDDLE DISTRICT COURT'S ORDER (DOC. 144) REGARDING RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

COMES NOW the Defendant, FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES, (hereinafter "University,") by and through its undersigned counsel and hereby gives notice of compliance with the Middle District Court's Order (Doc. 144) regarding Plaintiff's First Request for Production and states as follows:

1. The University pursuant to Order 144 provided to Plaintiff its responses to Plaintiff's Request for Production numbers 51, 53, 56, 63, 64, 65, and 78.

/s/ Maria A. Santoro
**MARIA A. SANTORO**
Florida Bar Number: 0654809

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sill send a notice of electronic filing to all registered users and counsel in this case.

/s/ Maria A. Santoro
**MARIA A. SANTORO**
Florida Bar Number: 0654809
msantoro@sniffenlaw.com
jlunt@sniffenlaw.com
tward@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for the Board of Trustees, Florida A&M University*