## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JENNIFER SMITH,**

      **Plaintiff,**

**vs.**                             **Case No. 4:24cv367-MW-MAF**

**FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES, ALLYSON WATSON, DENISE WALLACE, LATONYA BAKER, LATRECHA SCOTT, RICA CALHOUN, GRAY ROBINSON, P.A., JULIE ZOLTY, RICHARD E. MITCHELL, and SARAH REINER,**

      **Defendants.**

_____/

## O R D E R

On September 11, 2024, this case was transferred from the United States District Court for the Middle District of Florida to this Court. While filing notices pertaining to discovery may be required by that Court, such notices no longer should be filed here. Discovery should proceed in accordance with the Federal Rules of Civil Procedure and the parties shall serve but **shall not file with the Clerk** copies of disclosures, discovery

materials (including notices of deposition, deposition transcripts, interrogatories, responses to interrogatories, production requests, responses to production requests, admissions requests, or responses to admissions requests), unless and until needed for consideration of pending motions by the Court.  N.D. Fla. Loc. R. 26.1.

Plaintiff has filed an emergency objection to this Court's prior Order, ECF No. 186.  ECF No. 190.  In particular, the Order required Plaintiff to file a third amended complaint by **October 1, 2024**, finding that doing so would not interfere with Plaintiff's interlocutory appeal of the Middle District's denial of Plaintiff's third motion for a preliminary injunction, ECF No. 86.  ECF No. 164.  Further, Defendant FAMU was required to file a response to Plaintiff's motion to stay this case, ECF No. 176, by **September 25, 2024**, and Plaintiff was given until **October 15, 2024**, to demonstrate that service has been carried out on all Defendants other than FAMU, or otherwise clarify the status of service.  ECF No. 186.  It appears that Plaintiff challenges that part of the Order which required her to file her amended complaint before her appeal has been decided.  ECF No. 190. The Clerk of Court shall immediately refer Plaintiff's objections to the presiding District Judge.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court shall immediately refer Plaintiff's emergency objection, ECF No. 190, to the presiding District Judge.

2.  The deadlines previously set in the prior Order, ECF No. 186, shall remain unless changed by ruling of the presiding District Judge.

3.  The parties have until **October 4, 2024**, to point to a specific motion which was pending at the time of transfer, and to outline their discovery needs and estimations of the time necessary to complete discovery.

4.  Defendant FAMU must respond to Plaintiff's motion to stay this case, ECF No. 176, by **September 25, 2024**.

5.  Plaintiff has until **October 1, 2024**, to file a "third amended complaint" which shall be no longer than 30 pages.

6.  The Clerk of Court shall return this file upon receipt of Plaintiff's third amended complaint or no later than October 4, 2024.

**DONE AND ORDERED** on September 23, 2024.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**