IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JENNIFER SMITH,**

    *Plaintiff*,

v.                                                                    Case No.: 4:24cv367-MW/MAF

**FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER ON APPEAL OF NON-FINAL ORDER

This Court has considered, without hearing, Plaintiff's *pro se* "Emergency Objection to Order No. 186 and Memorandum of Law in Support," ECF No. 190, which this Court construes as an appeal of the Magistrate Judge's non-final order, ECF No. 186. In ECF No. 186, the Magistrate Judge ordered the parties to respond by October 4, 2024, and point to a specific motion that remained pending at the time of transfer, and to outline their discovery needs and estimations of time necessary to complete discovery. ECF No. 186 at 10. In addition, the Magistrate Judge ordered Defendant FAMU to respond to Plaintiff's motion to stay this case, ECF No. 176, no later than September 25, 2024. *Id*. The Magistrate Judge also granted the motion for more definite statement, ECF No. 160, and ordered Plaintiff to file a third

amended complaint on or before October 1, 2024. *Id*. It is this final action with which Plaintiff takes issue for several reasons.

Having considered Plaintiff's arguments, this Court agrees the Magistrate Judge's order, ECF No. 186, should be vacated. In addition, notwithstanding the fact that Plaintiff is *pro se*, this Court recognizes that Plaintiff is an attorney, and thus, this Court will address all pending matters in this case moving forward. Accordingly, this Court will address Defendant's motion for more definite statement, ECF No. ECF No. 160, in the first instance. However, this Court will defer ruling on the motion pending the outcome of Plaintiff's pending interlocutory appeal in this case and mandamus action concerning the originating court, both before the Eleventh Circuit. Accordingly, the Clerk shall **VACATE** the Magistrate Judge's order, ECF No. 186. Plaintiff's request for oral argument included in her objections to the Magistrate Judge's order is **DENIED as moot**. Plaintiff's motion to stay, ECF No. 176, is **GRANTED**. This case is **STAYED** pending resolution of Plaintiff's interlocutory appeal regarding Plaintiff's motion for preliminary injunction and Plaintiff's mandamus action before the Eleventh Circuit. The Clerk shall **TERMINATE** the pending motion for more definite statement, ECF No. 160, to be re-gaveled once the stay is lifted.

**SO ORDERED on September 23, 2024.**

                                                s/Mark E. Walker       
                                                **Chief United States District Judge**