IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER SMITH,

    *Plaintiff*,

v.                                            Case No.: 4:24cv367-MW/MAF

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO EXTEND
## TIME TO SERVE UNSERVED DEFENDANTS

This Court has considered, without hearing, Plaintiff's *pro se* motion to extend time to serve the unserved Defendants in this action. ECF No. 193. Defendant FAMU Board of Trustees opposes the motion. *Id*. at 3. Notwithstanding Defendant's opposition, this Court agrees that an extension of time to serve Defendants is supported by good cause in light of the stay pending appeal. Accordingly, Plaintiff's motion, ECF No. 193, is **GRANTED**. The deadline to serve any unserved Defendants is extended to 45 days after the stay in this case is lifted.

**SO ORDERED on November 1, 2024.**

                                               s/Mark E. Walker         
                                               **Chief United States District Judge**