IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JENNIFER SMITH,**

    *Plaintiff*,

v.                                              Case No.: 4:24cv367-MW/MAF

**FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER DENYING MOTION TO AMEND SCHEDULE

This Court has considered, without hearing, the Board of Trustees Defendant's motion to amend the scheduling order. ECF No. 196. This action is stayed pending resolution of Plaintiff's interlocutory appeal and her mandamus action concerning the originating court. ECF No. 192. That stay includes Defendant's discovery deadlines. Accordingly, the motion to amend the schedule to extend Defendant's deadline to submit an expert report, ECF No. 196, is **DENIED without prejudice**. Once Plaintiff's appeal and mandamus action are resolved, this Court will issue an updated scheduling order if necessary.

    **SO ORDERED on March 25, 2025.**

                                                                    *s/Mark E. Walker*
                                                                    **Chief United States District Judge**